UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>BARACK OBAMA, et al.,<br><br>    Defendants. | No. 2:15-cv-1993 WBS AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. By order dated May 18, 2016, plaintiff was ordered to file an in forma pauperis affidavit or pay the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). On June 13, 2016,[2] plaintiff filed a document entitled "amended complaint." ECF No. 7. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee.

    Plaintiff will be provided **one final opportunity** either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

[2] Since plaintiff is proceeding pro se, he is afforded the benefit of the prison mailbox rule. See Houston v. Lack, 487 U.S. 266, 276 (1988).

1

$400.00. **Plaintiff is cautioned that failure to pay the filing fee or submit an in forma pauperis affidavit will result in a recommendation that this action be dismissed.**

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 23, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE