UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARACK OBAMA, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-1993 WBS AC<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By an order filed December 28, 2016, plaintiff was ordered to pay the required filing fees in order to proceed with this action, and was cautioned that failure to do so would result in dismissal of this action. ECF No. 14.  The twenty-one day period has now expired, and plaintiff has not filed the required fee.

　　　　In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to comply with a court order.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The

1

1  parties are advised that failure to file objections within the specified time may waive the right to

2  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED:  February 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE